IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| JUAN MANUEL DURAN ARGUELLES; AZALIA PADILLA NARVAEZ, and the conjugal partnership formed by them both; <br><br> Plaintiffs, <br> v. <br><br> CARLOS MALAVE CONCEPCION; PAYLESS CAR RENTAL; JHON DOE 1-5. <br><br> Defendants | CIVIL No. <br><br> TORTS - NEGLIGENCE <br><br> JURY TRIAL DEMANDED |

**COMPLAINT**

**TO THE HONORABLE COURT**:

NOW COME the Plaintiffs, through the undersigned attorney, and very respectfully allege and pray as follows:

**1   NATURE OF THE CASE**

1.1   Plaintiffs bring this cause of action in order to recover damages suffered by them due to mental and economic injuries endured as a consequence of the negligent acts of the Defendants as will be described in this complaint.

**2   JURISDICTION AND VENUE**

2.1   Diversity jurisdiction is invoked pursuant to 28 U.S.C. § 1332 and Puerto Rico's Long Arm Statute.

2.2   Venue is proper in this court pursuant to 28 U.S.C. § 1391(b) as the Defendants are subject to the personal jurisdiction of the courts in Puerto Rico, and the pertinent facts and events giving rise to the causes of action raised in this suit took place within this district.

**3      THE PARTIES**

    3.1     Plaintiff Juan Manuel Duran Arguelles is a citizen resident and domiciliary of Bayamon, Puerto Rico who sustained mental and physical injuries when he was impacted by a rented automobile negligently driven by defendant Carlos Malave Concepcion. Plaintiff Duran Arguelles is married to plaintiff Azalia Padilla and together they have formed a marital partnership.

    3.2     Plaintiff Azalia Padilla Narvaez is also a citizen, resident and domiciliary of Bayamon, Puerto Rico, married to plaintiff Duran Arguelles, who has endured mental anguish, pain and suffering as a result of the damages suffered by her husband, becoming his principal care-taker, and the stress caused to their marriage and their business.

    3.3     Defendant Carlos Malave Concepcion is a citizen, resident and domiciliary of the state of Arizona who negligently impacted plaintiff Duran Arguelles with his rented vehicle as he rode his bike in accordance to law.

    3.4     Payless Car Rental is a Florida corporation with headquarters at 2350 34th St. N # 140 St. Petersburg Florida 33713, USA doing business in Puerto Rico and the owner and renter of the vehicle involved in the accident subject of this cause of action.

    3.5     Defendants John Doe 1-5 are unknown parties which may share liability in this matter.

**4        FACTS AND ALLEGATIONS**

    4.1    On July 19, 2022, at approximately 9:00pm, plaintiff Juan Manuel Duran Arguelles was riding his bike around Old San Juan while completing the route called 'The Nightly' which is held every Tuesday and Thursday around San Juan. 'The Nightly' is an organized event where anywhere from dozens to hundreds of cyclists complete their route twice a week.

    4.2    While undertaking such endeavor Duran Arguelles was impacted by a 2020 Kia Quinto rental vehicle, license plate IJA457, driven by defendant Carlos Malave Concepcion in a negligent manner, as he was cycling uphill and turning towards the right on the access ramp near the San Juan Nautical Club.

    4.3    The accident was caused by defendant Malave Concepcion's failure to exercise due care while driving and failing to yield and maintain a proper distance in accordance with the requirements of Puerto Rico's transit laws.  See, PR Laws tit. 9, § 5322a Et. Seq.

    4.4    The injuries sustained by plaintiff Duran Arguelles include but are not limited to multiple fractures and severe trauma to his thorax, neck, back, head, waist, shoulders, wrists, fingers, right leg, and right knee, among other areas of his body, which have rendered him incapacitated.

    4.5    An ambulance was summoned to the scene of the accident, and paramedics gave first aid to plaintiff Duran Arguelles before transporting him to the Rio Piedras Medical Center Hospital. Once at the hospital his initial treatment in the emergency room included x-rays, medical examination, pain medications and an order to wear an aspen collar for 12 weeks.

    4.6    He was then admitted and hospitalized from July 19, 2022 through July 28, 2022 where he received a cervical CT revealing 'facet fracture, non displaced'. Additional diagnosis' resulting from his injuries during the accident include: cervical spine c4-c5 fracture; right distal fracture of radius, closed; right hand displaced ulnar styloid avulsion fracture; right

4th phalanx fracture, open dislocation of right ring finger; cervicalgia; and multiple body trauma and wounds.

4.7    Plaintiff Duran Arguelles has been subjected to surgery of his right wrist, surgery on his right ring finger, and has received multiple physical therapies for his right hand, fingers, right leg, right knee, and upper back. His treatment is ongoing at the time of filing this complaint.

4.8    Plaintiffs have been financially affected due to upfront medical expenses, medical costs not covered by insurance, loss of income and future earning capacity in their business and work as Duran Arguelles' physical injuries have prevented him from working as productively as he did before, in addition to the physical and mental damages from undue stress and physical pain and suffering caused by his injuries. In the case of plaintiff Azalia Padilla Narvaez she has had to care for her husband and endure watching him as he struggles with his physical and mental conditions, in addition to suffering all the added stresses on their marriage, and having to become more hands on in trying to save their business.

## 5.    CAUSE OF ACTION – NEGLIGENCE

5.1    All previous and subsequent paragraphs and allegations in this Complaint are hereby incorporated by reference into this cause of action.

5.2    That the acts of the Defendants as alleged in the previous paragraphs of this Complaint are the actual and proximate cause of all the damages suffered by the Plaintiffs.

5.3    The culpable and/or negligent actions of the Defendants described in the previous paragraphs of this Complaint constitute torts under Article 1536 and 1540(f) of the Puerto Rico Civil Code, 31 L.P.R.A. §§ 10801 and 10805 for which the Defendants respond to the Plaintiffs for all damages caused thereby.

**PRAYER FOR RELIEF**

**WHEREFORE** plaintiff respectfully requests that this Court grants this Complaint and consequently:

A.      Awards Plaintiffs actual damages caused as a result of the acts complained of herein in an amount no less than two and a half million dollars  (U.S. $2,500,000.00);

B.      Award Plaintiffs pre-judgment and post judgment interest;

C.      Award Plaintiffs reasonable attorney fees and costs;

D.      Grant Plaintiff any other relief that this Court deems just and proper.

**RESPECTFULLY SUBMITTED**

In San Juan, Puerto Rico this 20th day of April, 2023.


                                        **S/RUBEN MORALES-OLIVERO**
                                        RUBEN MORALES OLIVERO
                                        USDC 217205
                                        Calle 9 I-16
                                        Vista Bella
                                        Bayamon, PR 00956
                                        TEL. (787) 640-8054
                                        E-mail: RMO1234@yahoo.com