IN THE UNITED STATES COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| JUAN MANUEL DURÁN ARGÜELLES ET AL.<br><br>Plaintiffs,<br><br>v.<br><br>CARLOS MALAVÉ CONCEPCIÓN ET AL.<br>Defendants. | CIV. NO. 23-1189 (SCC) |

**PARTIAL JUDGMENT**

In view of the Opinion and Order at Docket No. 36, this action is hereby **DISMISSED WITHOUT PREJUDICE**, with each party to bear its own costs and attorney's fees.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 22nd day of August 2024.

S/ SILVIA CARREÑO-COLL
UNITED STATES DISTRICT COURT JUDGE