IN THE UNITED STATES COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| DURAN ARGUELLES ET AL., Plaintiffs, v. MALAVÉ CONCEPCIÓN ET AL., Defendant. | CIV. NO. 23-1189 (SCC) |

## JUDGMENT

In view of Plaintiffs' Motion for Voluntary Dismissal, *see* Docket No. 42 and the Court's Order, *see* Docket No. 43, this case is hereby **DISMISSED WITHOUT PREJUDICE.** Each party shall bear their own costs and attorneys' fees.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 25th day of October 2024.

S/ SILVIA CARREÑO-COLL
UNITED STATES DISTRICT COURT JUDGE